1  **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net
5
ATTORNEY FOR DEFENDANT
6  DEKANG ZHEN

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    CR.-S-07-0025-EJG
                                     )
12          PLAINTIFF,               )    STIPULATION AND ORDER
                                     )    TO CONTINUE STATUS CONFERENCE
13      v.                           )    TO SEPTEMBER 7, 2007
                                     )
14  WEI JIE MA, et al.,              )
                                     )
15                                   )
            DEFENDANTS.              )
16  _____ )

17          Plaintiff United States of America, by its counsel, Assistant United States

18  Attorney, Mr. Robert Twiss, and defendant WEI JIE MA, by his attorneys Mr. Stuart

19  D. Hanlon and Ms. Sara Rief, defendant KEVIN TRAN, by his attorney Mr. Hayes H.

20  Gable, defendant MEI KENG LAM, by attorney Mr. Dwight M.  Samuel, defendant

21  RUI YEE, by attorney Ms. Dina L. Santos, defendant JASON TUAN HOANG, by his

22  attorney Mr. Michael L. Chastaine, defendant JUN XIONG WANG, by his attorney

23  Mr. Charles F. Bourdon, defendant SIEW YOKE NG, by attorney Mr. Michael B.

24  Bigelow, and defendant DEKANG ZHEN, by his attorney James R. Greiner, hereby

25  stipulate and agree that the status conference calendared for **Friday, June 8, 2007, at**

26  **10:00 a.m.** before the Honorable Senior District Court Judge, Edward J. Garcia, may

27  be continued to **Friday, September 7, 2007, at 10:00 a.m.**

28                                    1

The background of the case to date is as follows:

The criminal complaint against all defendants  was filed on January 16, 2007. On that date defendant RUI YEE made a first appearance.

An Indictment was returned against all defendants on January 25, 2007.

On January 30, 2007, defendants RUI YEE and KEVIN TRAN were arraigned on the Indictment. Time was excluded under the Speedy Trial Act under Local Code T-2 (complexity of case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

On February 5, 2007, defendant JASON TUAN HOANG was arraigned on the Indictment.

On February 9, 2007, defendant JUN XIONG WANG was arraigned on the Indictment. Time was excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

On February 23, 2007, a related case order was  signed and filed reassigning the case to the Honorable Senior Judge Edward J. Garcia.

On February 23, 2007, defendants DEKANG ZHEN, SIEW YOKE NG and WEI JIE MA, were arraigned on the Indictment. Time was excluded under the Speedy Trial Act under Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

On March 2, 2007, a status conference was held before the Honorable Senior District Court Judge, Edward J. Garcia, and the case is continued to June 8, 2007. Time was excluded under the Speedy Trial Act under Local Code T-2 (complexity of case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

The government has produced discovery to date that is both complex in nature and voluminous in size. There are over 2,500 pages of documents to be reviewed by counsel with their respective clients. In addition there are over approximately 17 hours of video tape, over 250 photographs on CD dics, that also need to be reviewed

2

and listened to by both counsel and their respective clients. In addition, each defense counsel needs this additional time to investigate independently the charges against their respective clients. Finally, there are several other similar cases with multiple defendants that are in the Eastern District that may have an impact on this case that need to be followed by each defense counsel for their respective defendants.

The parties stipulate and agree that time under the Speedy Trial Act  shall continue be excluded **up to and including Friday, September 7, 2007, under** the Speedy Trial Act under Local Code T-2 (complexity of case) and Title 18 U.S.C. section 3161(h)(8)(B)(ii)and Local Code T-4 and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

The Court's courtroom deputy was called to clear the date requested and the date is available on the Court's calendar.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ ROBERT TWISS by telephone authorization

DATED: 6-7-07

_____
ROBERT TWISS
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF

DATED: 6-7-07

/s/ STUART HANLON by telephone authorization
/S/SARA RIEF by telephone authorization

_____
STUART D. HANLON
SARA RIEF
ATTORNEY FOR DEFENDANT MA

DATED: 6-7-07

/s/ HAYES H. GABLE by e mail authorization

_____
HAYES H. GABLE
ATTORNEY FOR DEFENDANT TRAN

3

DATED 6-7-07                    /s/ DWIGHT M. SAMUEL by telephone
                                authorization

                                _____
                                DWIGHT M. SAMUEL
                                ATTORNEY FOR DEFENDANT LAM

DATED: 6-7-07                   /s/ DINA L. SANTOS by telephone authorization

                                _____
                                DINA L. SANTOS
                                ATTORNEY FOR DEFENDANT YEE

DATED: 6-7-07                   /s/ MICHAEL L. CHASTAINE by e mail
                                authorization

                                _____
                                MICHAEL L. CHASTAINE
                                ATTORNEY FOR DEFENDANT HOANG

DATED: 6-7-07                   /s/ CHARLES F. BOURDON  by e mail authorization

                                _____
                                CHARLES F. BOURDON
                                ATTORNEY FOR DEFENDANT WANG

DATED: 6-7-07                   /s/ MICHALE B. BIGELOW by e mail authorization

                                _____
                                MICHAEL B. BIGELOW
                                ATTORNEY FOR DEFENDANT NG

                                /s/ JAMES R. GREINER
DATED: 6-7-07
                                _____
                                JAMES R. GREINER
                                ATTORNEY FOR DEFENDANT ZHEN


                                **ORDER**


        **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**


DATED: JUNE 7, 2007.




                        /s/ Edward J. Garcia
                        _____
                        **EDWARD J. GARCIA**
                        **SENIOR UNITED STATES**
                        **DISTRICT COURT JUDGE**


                                4