**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
DEKANG ZHEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CR.-S-07-0025-EJG
)
    PLAINTIFF, )
) STIPULATION AND
    v. ) ORDER CONTINUING JUDGMENT
) AND SENTENCE TO
WEI JIE MA, et al., ) JUNE 19, 2009
)
)
    DEFENDANTS. )
_____)

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Heiko Coppola, and defendant DEKANG ZHEN, by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the Judgment and Sentencing date calendared for **Friday, March 27, 2009, at 10:00 a.m.** before the Honorable Senior District Court Judge, Edward J. Garcia, may be continued to **Friday, June 19, 2009, at 10:00 a.m.**

    There is no requirement for any excludable time under the Speedy Trial Act since the defendant has pled guilty.

    The Court's courtroom deputy, Ms. Colleen Lydon, was contacted to ensure the Court's calendar was available for that date and the Court is available on Friday, June 19, 2009. Probation was also contacted and they agree to the change.

1

The following is the amended schedule for the PSR, agreed to by the parties and Probation:

| | |
|---|---|
| Objections Due | May 29, 2009 |
| Final Probation Report | June 5, 2009 |
| Motion for Correction | June 12, 2009 |
| Judgment & Sentence | June 19, 2009 |

Respectfully submitted,
LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ HEIKO COPPOLA  by e mail authorization

DATED: 3-20-09
_____
HEIKO COPPOLA
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 3-20-09     /s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT ZHEN

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: March 23, 2009.

/s/ Edward J. Garcia
**EDWARD J. GARCIA
SENIOR UNITED STATES
DISTRICT COURT JUDGE**