IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

WEI JEI MA, et al.,

    Defendants.
_____/

CR. NO. S-07-0025 EJG

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

APPROXIMATELY $9,000.00 IN U.S. CURRENCY, and

APPROXIMATELY $4,580.00 IN US. CURRENCY,

    Defendants.
_____/

CIV. NO. 07-1290 GEB/GGH

ORDER RELATING CASE AND SETTING STATUS CONFERENCE

    Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123. The actions arise out of the same law enforcement investigation and may involve same or similar legal and factual questions. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

1

1    The parties should be aware that relating the cases under
2 Local Rule 83-123 merely has the result that both actions are
3 assigned to the same judge; no consolidation of the actions is
4 effected.  Under the regular practice of this court related cases
5 are generally assigned to the judge to whom the first filed
6 action was assigned.
7    IT IS THEREFORE ORDERED that the action entitled Civ. No. S-
8 07-1290 GEB-GGH is hereby reassigned to Judge Edward J. Garcia
9 for all further proceedings.  Henceforth, the caption on
10 documents filed in the reassigned case shall be shown as Civ. No.
11 S-07-1290 EJG-GGH.
12    IT IS FURTHER ORDERED that the stay imposed by Judge Burrell
13 remains in effect.  However, the status conference presently set
14 before Judge Burrell for August 24, 2009 at 9:00 a.m. is VACATED.
15 The status conference is reset before Judge Garcia at 10:00 a.m.,
16 August 21, 2009.  The parties shall submit supplemental status
17 reports addressing the future scheduling of the case, ten days
18 prior to the conference.
19    IT IS FURTHER ORDERED that the Clerk of the Court make
20 appropriate adjustment in the assignment of cases to compensate
21 for this reassignment.
22    IT IS SO ORDERED.
23 Dated: May 15, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT