STUART HANLON, SBN: 066104
SARA RIEF, SBN: 227279
LAW OFFICES OF HANLON & RIEF
179 11TH Street, 2nd Floor
San Francisco, California 94103
Telephone: (415) 864-5600
Facsimile: (415) 865-0376

Attorney for Defendant
WEI JEI MA

**FILED**

SEP 16 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF SACRAMENTO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WEI JEI MA,

    Defendant.

No. CR 07-00025-01

[~~PROPOSED~~] ORDER TO SEAL DOCUMENT

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that the Stipulation and Proposed Order for Modification of Pretrial Release Conditions in the above-referenced matter be filed and maintained under Seal of the Court until further order.

**IT IS SO ORDERED.**

Dated: 9/16/09

_____
HON. JUDGE EDWARD J. GARCIA
United States District Court - Eastern District

*Ma: Application to File Under Seal*    2