```
 1  STUART HANLON, SBN: 66104
    SARA RIEF, SBN: 227279
 2  LAW OFFICES OF HANLON & RIEF
    179 11th Street, 2nd Floor
 3  San Francisco, California 94103
    (415) 864-5600
 4
    Attorney for Defendant
 5  WEI JEI MA
```

**FILED**

NOV 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WEI JEI MA, <br><br> Defendant. | No. CR 07-00025-01 <br><br> STIPULATION AND [PROPOSED] ORDER TO ALLOW CASH SURETY RETURN OF CASH AND SUBSTITUTE IN NEW CASH SURETY |

**IT IS HEREBY STIPULATED** by the parties that the present cash surety, Clifford Wong, may request the court to return his cash in the amount of Forty-Eight Thousand Dollars ($48,000.00) posted on behalf of the defendant herein.

It is further agreed between the parties that the below listed cash surety may be posted on behalf of Wei Jei Ma as follows:

1. The new cash surety, Joanne Tsang, the owner of said funds, will post Forty-Eight Thousand Dollars ($48,000.00) on behalf of the defendant and will sign as the cash surety bond with this Court.

2. It is agreed that once the new cash bond has been posted

1  by Joanne Tsang, the Clerk of this Court will return the Forty-
2  Eight Thousand Dollars ($48,000.00) cash posted by the original
3  surety:  Clifford Wong and shall be returned to him through the
4  Law Offices of Hanlon and Rief.
5       3.   It is agreed by the parties that the property posted on
6  behalf of the defendant shall remain.

8  Dated: October 29, 2009           _____
9                                    STUART HANLON
                                     Attorney for Defendant
10                                    WEI JEI MA

11
   Dated: October 29, 2009           _____
12                                    HEIKO COPPOLA
                                     Office of The U.S. Attorney
13                                    Eastern District of California

14

15 Dated: October 29, 2009           _____
                                     CLIFFORD WONG
16                                    Cash Surety

17
   Dated: October 29, 2009           _____
18                                    JOANNE TSANG
                                     Cash Surety
19

20                               **ORDER**

21      Good cause having been shown and by Stipulation of the
22 parties herein,

23      **IT IS HEREBY ORDERED** that the original cash surety, Clifford
24 Wong, be allowed to have the Forty-Eight Thousand Dollars
25 ($48,000.00) posted returned to him through the Law Offices of
26 Hanlon & Rief.  The return of the funds will not occur unless and
27 until the new cash surety has been posted.
28      **IT IS FURTHER ORDERED** that the new cash surety, Joanne Tsang

1  shall deposit Forty-Eight Thousand Dollars ($48,000.00) with the
2  Clerk of The Court, Eastern District of California as cash bond
3  on behalf of defendant Wei Jei Ma.
4      All other conditions of the bail posted shall remain the
5  same.
6      **IT IS SO ORDERED.**
7  Dated:  11/2/09
8                                      HON. JUDGE EDWARD J. GARCIA
                                        United States District Court