IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | 2:07-cr-0025-EJG (GGH) |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| WEI JIE MA et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      The Eastern District of California's Pretrial Services Division is in receipt of a request (order) from the Northern District that the pretrial services file for Wei Jie Ma be disclosed to a magistrate judge in the Northern District for use in a criminal case there. Title 18 U.S.C. § 3153(c) and Eastern District Local Rule 416 provide for the confidentiality of pretrial services ("probation") reports and other information. However, the judges in *this* district may order the release of such files of an Eastern District case for good cause shown.

///

///

///

1

1  After consultation with the trial judge of the Eastern District case captioned
2  above, the undersigned directs Pretrial Services to disclose the reports and other documentary
3  material in its possession to the Northern District as requested.
4  DATED: June 26, 2012

                                      /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE